UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

    v.                  Case No. 17-CR-124

MARCUS HUTCHINS,

    *Defendant*.

## NOTICE OF APPEARANCE

Joining the existing attorneys-of-record for the defendant, undersigned counsel hereby enters his appearance as counsel on behalf of the defendant, Marcus Hutchins.

Dated at Milwaukee, Wisconsin, this 7th day of December, 2017.

                Respectfully submitted,

                **/s/ Daniel W. Stiller**

                Daniel W. Stiller, WI Bar No. 1078748
                DStillerLLC
                Box 511130
                Milwaukee, Wisconsin 53203
                414-207-3190
                dan@dstillerllc.com

                Counsel for Marcus Hutchins